Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Sherri Kellerman,          Plaintiff(s),

    v.

Bayer Healthcare Pharmaceuticals, Inc.; Merck & Co.;
Inc.; Schering Corporation; and    Defendant(s).
McKesson Corporation;

Case No: 3:14-cv-03680-WHA

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Ericka L. Downie _____, an active member in good standing of the bar of
District of Columbia and Maryland, hereby respectfully apply for admission to practice *pro hac vice* in the
Northern District of California representing: McKesson Corporation _____ in the
above-entitled action. My local co-counsel in this case is Alicia J. Donahue _____, an
attorney who is a member of the bar of this Court in good standing and who maintains an office
within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Goodell, Devries, Leech, & Dann, LLP<br>One South Street, 20th Floor<br>Baltimore, MD 21202 | Shook, Hardy & Bacon, L.L.P<br><br>One Montgomery, Suite 2700<br>San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD:<br>(410) 783-4024 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 544-1900 |
| MY EMAIL ADDRESS OF RECORD:<br>edownie@gdldlaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>adonahue@shb.com |

I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: 9812160107 (MD,State)
979666 (DC)
A true and correct copy of a certificate of good standing or equivalent official document from said
bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 2 · 23 · 15          _____
                                              APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Ericka L. Downie _____ is granted,
subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel
designated in the application will constitute notice to the party.

Dated:          _____
                        UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE APPLICATION & ORDER*