IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRI KELLERMAN,<br><br>    Plaintiff,<br><br>  v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS INC; MERCK & CO., INC.; SCHERING CORPORATION; MCKESSON CORPORATION<br><br>    Defendant.<br>_____ / | No. C 14-03680 WHA<br><br>**ORDER DENYING PRO HAC VICE APPLICATION OF ATTORNEY THOMAS CULLEN** |

The *pro hac vice* application of Attorney Thomas Cullen (Dkt. No. 55) is **DENIED** for failing to comply with Civil Local Rule 11-3. The local rule requires that an applicant certify that "he or she is an active member in good standing of the bar of a United States Court or of the highest court of another State or the District of Columbia, *specifying such bar*" (emphasis added). Filling out the pro hac vice form from the district court website such that it only identifies the state of bar membership — such as "the bar of Texas" — is inadequate under the local rule because it fails to identify a specific court (such as the Supreme Court of Texas). While the application fee does not need to be paid again, the application cannot be processed until a corrected form is submitted.

**IT IS SO ORDERED.**

Dated: February 25, 2015.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE